UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 8, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:18CR00021-TLN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SONNY HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release   SONNY HERRERA  , Case No. 2:18CR00021-TLN  , Charge   18USC § 922(g)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  Release on Personal Recognizance

     ✔  Bail Posted in the Sum of $ 50,000.00

         __  Unsecured Appearance Bond

         __  Appearance Bond with 10% Deposit

         __  Appearance Bond with Surety

         __  Corporate Surety Bail Bond

     ✔  (Other)   Pretrial conditions as stated on the record

The defendant shall be released on 3/9/2018 at 9:00 to the Pretrial Services Officer

Issued at  Sacramento, CA  on  March 8, 2018  at  2:46 pm  .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court