| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | |
| 6 | Attorney for Defendant |
| | SONNY HERRERA |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-021 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SONNY HERRERA, | DATE: March 22, 2018 |
| | TIME 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Sonny Herrera, that the status conference scheduled for March 22, 2018 be vacated and be continued to May 24, 2018 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant and to pursue investigation, as well as continue negotiations toward a non-trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 24, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order
to Continue Status Conference

-1-

| | | |
|---|---|---|
| 1 | DATED: March 14, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Hannah R. Labaree* |
| 5 | | HANNAH R. LABAREE<br>Assistant Federal Defender |
| 6 | | Attorney for SONNY HERRERA |
| 7 | DATED: March 14, 2018 | MCGREGOR W. SCOTT |
| 8 | | United States Attorney |
| 9 | | */s/ Quinn Hochhalter* |
| 10 | | QUINN HOCHHALTER<br>Assistant United States Attorney |
| 11 | | Attorney for Plaintiff |

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court, having received, read, and considered the stipulation of the parties, and good |
| 3 | cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds |
| 4 | that the failure to grant a continuance in this case would deny defense counsel reasonable time |
| 5 | necessary for effective preparation, taking into account the exercise of due diligence. The Court |
| 6 | finds that the ends of justice served by granting the continuance outweigh the best interests of the |
| 7 | public and defendant in a speedy trial. |
| 8 | The Court orders a status conference on May 24, 2018, at 9:30 a.m. The Court orders the |
| 9 | time from March 22, 2018 up to and including May 24, 2018, excluded from computation of |
| 10 | time within which the trial of this case must commence under the Speedy Trial Act, pursuant to |
| 11 | 18 U.S.C. §§3161(h)(7), and Local Code T4. |

Dated: March 14, 2018

_____
Troy L. Nunley
United States District Judge