| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | QUINN HOCHHALTER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00021-TLN |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | DATE: Thursday, May 17, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Allison Claire |
| SONNY HERRERA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, a status conference regarding the defendant's conditions of release was set for Thursday, May 17, 2018 at 2:00 p.m.

2. By this stipulation, the United States now moves to reschedule the hearing for Monday, May 14, 2018, at 2:00 p.m.

///
///
///
///
///

1

3. The parties agree and stipulate, and request that the Court find the following:

    a) The defendant does not object to the continuance.

    b) The supervising U.S. Probation Officer does not object to the continuance.

    c) The continuance is not made for the purpose of delay.

IT IS SO STIPULATED.

Dated: May 10, 2018            McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: May 10, 2018            /s/ *Quinn Hochhalter for Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Counsel for Defendant
SONNY HERRERA

## [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 11th day of May, 2018.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2