HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
SONNY HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SONNY HERRERA,<br><br>        Defendant. | Case No. 2:18-cr-021 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:    July 26, 2018<br>TIME    9:30 a.m.<br>JUDGE:   Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Sonny Herrera, that the status conference scheduled for July 26, 2018 be vacated and be continued to August 30, 2018 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant and to continue with the investigation and to continue negotiations with the government toward a non-trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 26, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1  DATED: July 23, 2018                    Respectfully submitted,

2                                          HEATHER E. WILLIAMS
3                                          Federal Defender

4                                          */s/ Hannah R. Labaree*
                                           HANNAH R. LABAREE
5                                          Assistant Federal Defender
                                           Attorney for SONNY HERRERA
6

7  DATED: July 23, 2018                    MCGREGOR W. SCOTT
                                           United States Attorney
8

9                                          */s/ Quinn Hochhalter*
                                           QUINN HOCHHALTER
10                                         Assistant United States Attorney
                                           Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on August 30, 2018, at 9:30 a.m.  The Court orders the time from July 26, 2018 up to and including August 30, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  July 23, 2018

_____
Troy L. Nunley
United States District Judge

Stipulation and Order
to Continue Status Conference