HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
SONNY HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00021-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR TEMPORARY MODIFICATION OF CONITIONS OF PRETRIAL RELEASE |
| vs. | |
| SONNY HERRERA, | Hon. Deborah Barnes |
| Defendant. | |

The defendant, SONNY HERRERA, is currently on pretrial release in this district. He has cosigned a $50,000 unsecured bond along with his mother, Zenaida P. Herrera, and his father, Sonny P. Herrera. See CR 15.

It is hereby stipulated and agreed between Plaintiff, United States Of America, through its counsel of record, Quinn Hochalter, Assistant United States Attorney, and the defendant, Sonny Herrera, through Assistant Federal Defender, Hannah R. Labaree, that Defendant's Special Condition of Release Number 12 (hours of curfew) be temporarily modified to permit him to attend a family function in Lodi, California, on Saturday, August 14.

Specifically, the parties agree that special condition 12 be temporarily modified from the currently set curfew of 7 PM to 7 AM, to extend the latest hour of Mr. Herrera's curfew to **11 PM** on August 14, 2018. Such a modification would allow Mr. Herrera to attend an evening function with his family on Saturday, August 14.

On August 7, 2018, Mr. Herrera's Pretrial Services Officer indicated that Mr. Herrera is

Stipulation and Order

in compliance with his conditions of release.

Therefore, the undersigned are entering into this stipulation to request that the above-described temporary modification be made to Mr. Herrera's special conditions of pretrial release.

Respectfully submitted,

DATED: August 7, 2018	HEATHER E. WILLIAMS
	Federal Defender

	*/s/ Hannah R. Labaree*
	HANNAH R. LABAREE
	Assistant Federal Defender
	Attorney for SONNY HERRERA

DATED:  August 7, 2018	PHILLIP A. TALBERT
	McGREGOR W. SCOTT
	United States Attorney

	By: */s/ Quinn Hochalter*
	QUINN HOCHALTER
	Assistant U.S. Attorney
	Attorney for Plaintiff

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 12 for defendant, Sonny Herrera, setting her hours of curfew from **7 PM to 7 AM** be temporarily modified so to permit him to attend a family function in Lodi, California, on the evening of August 14, 2018. The curfew hours as set under Special Condition of Release Number 12 shall recommence on Sunday, August 15, 2018.

All other conditions of pretrial release shall remain in force.

Dated: August 8, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE