| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | HANNAH R. LABAREE, #294338<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | |
| 6 | Attorney for Defendant<br>SONNY HERRERA |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-021 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SONNY HERRERA, | DATE: August 30, 2018<br>TIME 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Sonny Herrera, that the status conference scheduled for August 30, 2018 be vacated and be continued to October 4, 2018 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant, to continue defense investigation, as well as to continue negotiations with the government toward a non-trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 4, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order
to Continue Status Conference

-1-

| | | |
|---|---|---|
| 1 | DATED: August 28, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Hannah R. Labaree* |
| 5 | | HANNAH R. LABAREE<br>Assistant Federal Defender |
| 6 | | Attorney for SONNY HERRERA |
| 7 | DATED: August 28, 2018 | MCGREGOR W. SCOTT |
| 8 | | United States Attorney |
| 9 | | */s/ Quinn Hochhalter* |
| 10 | | QUINN HOCHHALTER<br>Assistant United States Attorney |
| 11 | | Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on October 4, 2018, at 9:30 a.m. The Court orders the time from August 30, 2018 up to and including October 4, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: August 28, 2018

Troy L. Nunley
United States District Judge