| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | SONNY HERRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00021-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR TEMPORARY |
| | ) | MODIFICATION OF CONDITIONS OF PRETRIAL |
| vs. | ) | RELEASE |
| | ) | |
| SONNY HERRERA, | ) | Hon. Carolyn K. Delaney |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant, SONNY HERRERA, is currently on pretrial release in this district. He has cosigned a $50,000 unsecured bond along with his mother, Zenaida P. Herrera, and his father, Sonny P. Herrera. See CR 15.

It is hereby stipulated and agreed between Plaintiff, United States Of America, through its counsel of record, Quinn Hochalter, Assistant United States Attorney, and the defendant, Sonny Herrera, through Assistant Federal Defender, Hannah R. Labaree, that Defendant's Special Condition of Release Number 12 (hours of curfew) be temporarily modified to permit him to attend a family function on Sunday, September 23rd.

Specifically, the parties agree that special condition 12 be temporarily modified from the currently set curfew of 7 PM to 7 AM, to extend the latest hour of Mr. Herrera's curfew to **9 PM** on September 23rd. Such a modification would allow Mr. Herrera to attend an evening function with his family on Sunday, September 23rd.

On September 20, 2018, Mr. Herrera's Pretrial Services Officer indicated that Mr.

Stipulation and Order

| | |
|---|---|
| 1 | Herrera is in compliance with his conditions of release. |
| 2 | Therefore, the undersigned are entering into this stipulation to request that the above- |
| 3 | described temporary modification be made to Mr. Herrera's special conditions of pretrial release. |
| 4 | Respectfully submitted, |
| 5 | DATED: September 20, 2018     HEATHER E. WILLIAMS |
| 6 | Federal Defender |
| 7 | */s/ Hannah R. Labaree* |
| 8 | HANNAH R. LABAREE<br>Assistant Federal Defender |
| 9 | Attorney for SONNY HERRERA |
| 10 | DATED: September 20, 2018     PHILLIP A. TALBERT |
| 11 | McGREGOR W. SCOTT<br>United States Attorney |
| 12 | |
| 13 | By: */s/ Quinn Hochalter*<br>QUINN HOCHALTER |
| 14 | Assistant U.S. Attorney<br>Attorney for Plaintiff |

Stipulation and Order

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 12 for defendant, Sonny Herrera, setting his hours of curfew from **7 PM to 7 AM**, be temporarily modified so to permit him to attend a family function on the evening of September 23, 2018.

The curfew hours as set under Special Condition of Release Number 12 shall recommence on Monday, September 24, 2018.

All other conditions of pretrial release shall remain in force.

Dated: September 21, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order