HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
SONNY HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00021-TLN |
| Plaintiff, | ) ) ) | AMENDED STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |
| vs. | ) ) | |
| SONNY HERRERA, | ) ) | Hon. Deborah Barnes |
| Defendant. | ) ) | |
| | ) | |

The defendant, SONNY HERRERA, is currently on pretrial release in this district. He has cosigned a $50,000 unsecured bond along with his mother, Zenaida P. Herrera, and his father, Sonny P. Herrera. See CR 15. On October 11, 2018, Mr. Herrera entered a guilty plea pursuant to a written plea agreement with the government to being a felon in possession of a firearm (a violation of 18 U.S.C. § 922(g).

It is hereby stipulated and agreed between Plaintiff, United States of America, through its counsel of record, Quinn Hochhalter, Assistant United States Attorney, and the defendant, Sonny Herrera, through Assistant Federal Defender, Hannah R. Labaree, that Defendant's Conditions of Release be amended to eliminate condition number 12 (location monitoring and hours of curfew) (CR 24), with all other conditions to remain in full force and effect.

Specifically, the parties agree that special condition 12 be eliminated such that Mr. Herrera will no longer be subject to a curfew or ankle monitoring. Proposed amended conditions are attached to this motion.

On October 11, 2018, Mr. Herrera's Pretrial Services Officer indicated that Mr. Herrera is in compliance with his conditions of release. Pretrial Services is not opposed to the removal of the location monitoring and curfew conditions.

Therefore, the undersigned are entering into this stipulation to request that the above-described modification be made to Mr. Herrera's special conditions of pretrial release and that the attached amended conditions of release be adopted.

                                        Respectfully submitted,

DATED: October 12, 2018                 HEATHER E. WILLIAMS

                                        Federal Defender

                                        */s/ Hannah R. Labaree*
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender
                                        Attorney for SONNY HERRERA

DATED: October 12, 2018                 McGREGOR W. SCOTT
                                        United States Attorney

                                        By: */s/ Quinn Hochhalter*
                                        QUINN HOCHHALTER
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 12 for defendant, Sonny Herrera, imposing location monitoring and setting his hours of curfew from 7 PM to 7 AM, be eliminated.  All other conditions of pretrial release shall remain in force.

      The Amended Special Conditions of Release are hereby adopted.

Dated:  October 15, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Herrera, Sonny
No.: 2:18-CR-0021 TLN-01
Date: October 11, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond shall be delayed until Friday, March 9, 2018, at 9:00 a.m., at which time you shall be released from the United States Marshal's Service directly to Pretrial Services;

3. You must cooperate in the collection of a DNA sample;

4. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk of the Court, and you must not obtain a passport or other travel documents during the pendency of this case;

6. You must not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must seek and/or maintain employment and provide proof of same as directed by your pretrial services officer.