UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 5, 2025

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

SONNY HERRERA,

Defendant.

Case No.  2:18-CR-00021-01-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release SONNY HERRERA,

Case No. 2:18-CR-00021-01-TLN, Charge 18 U.S.C. § 3606, from custody for the following

reasons:

_____     Release on Personal Recognizance

_____     Bail Posted in the Sum of $ _____

_____     Unsecured Appearance Bond $ _____

_____     Appearance Bond with 10% Deposit

_____     Appearance Bond with Surety

_____     Corporate Surety Bail Bond

   X     (Other):  TIME SERVED.


Issued at Sacramento, California on June 5, 2025.


_____

Troy L. Nunley
Chief United States District Judge